**F I L E D**
CLERK, U.S. DISTRICT COURT

5/12/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____VAM_____ DEPUTY

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                      March 2022 Grand Jury

11   UNITED STATES OF AMERICA,          CR   2:22-cr-00205-JFW

12            Plaintiff,                I N D I C T M E N T

13            v.                        [18 U.S.C. § 1349: Conspiracy to
                                        Commit Wire Fraud and Bank Fraud;
14   NATALIE LE DEMOLA,                 18 U.S.C. § 1344(2): Bank Fraud;
     CARLEISHA NEOSHA PLUMMER,          18 U.S.C. § 1028A(a)(1):
15    aka "LG,"                         Aggravated Identity Theft;
     KHANSHANDA EUGENA KING,            18 U.S.C. § 982: Criminal
16    aka "Cassandra King,"             Forfeiture]
     CLESHAY JOHNSON II,
17   JAMES ANTONIO JOHNSON,
      aka "Niddy Johnson,"
18    aka "Big Dawg Niddy,"
      aka "Niddy,"
19   FELICITE ALEISHA KING,
     SHAFEQUAH LYNETE MITCHELL,
20   LORESHA SHAMONE DAVIS,
     PORSHA LATRICE JOHNSON,
21   DONISHA LASHAWN PACE,
     DOMINIQUE CHARMONE MARTIN,
22   MYKARA DESTINY ROBERTSON, and
     AMBER JANE WADE,
23
              Defendants.
24

25

26

27

28

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1349]

[ALL DEFENDANTS]

A.   INTRODUCTORY ALLEGATIONS

At times relevant to this Indictment:

1.   The California Employment Development Department ("EDD") administered unemployment insurance ("UI") benefits for residents of California, including Pandemic Unemployment Assistance benefits to individuals who were unemployed because of the COVID-19 pandemic ("pandemic benefits").

2.   To qualify for UI benefits, including pandemic benefits, a California resident had to submit to EDD an application for the benefits; provide EDD with personal identifying information ("PII"), including the applicant's name, date of birth, and social security number; and certify to EDD under the penalties of perjury that the COVID-19 pandemic had directly and adversely affected the applicant's employment.

3.   Applications for UI benefits, including pandemic benefits, could be submitted to EDD online. An individual who applied online for benefits would provide EDD with an email address ("account email address") in addition to the applicant's physical mailing address ("account mailing address").

4.   Individuals who were employed, retired, or incarcerated were not eligible for UI benefits, including pandemic benefits.

5.   After a person submitted an application for UI benefits, including pandemic benefits, EDD would transmit an email to the account email address confirming the submission of the application

1  and, thereafter, would send correspondences related to the
2  application and the UI benefits, including pandemic benefits, to the
3  account email address.

4      6.  Once EDD approved the application and granted pandemic
5  benefits to the applicant, EDD would create a debit account ("EDD
6  debit account") with Bank of America, NA ("Bank of America"). A debit
7  card linked to the EDD debit account would then be mailed to the
8  account mailing address.

9      7.  EDD would deposit UI benefits, including pandemic benefits,
10 to the EDD debit account. The debit card could then be used to
11 withdraw the benefits from the EDD debit account using automated
12 teller machines ("ATMs"), including ATMs that Bank of America, Wells
13 Fargo Bank, NA ("Wells Fargo"), and JPMorgan Chase Bank, NA
14 ("Chase"), operated.

15     8.  Once approved for pandemic benefits, the recipient of the
16 benefits would be required to periodically recertify under the
17 penalties of perjury that, among other things, the recipient was
18 unemployed due to the COVID-19 pandemic and therefore remained
19 eligible to receive pandemic benefits.

20     9.  Bank of America, Wells Fargo, and Chase were financial
21 institutions that were insured by the Federal Deposit Insurance
22 Company.

23 B.  THE OBJECTS OF THE CONSPIRACY

24     10. Beginning no later than in or around June 2020 and
25 continuing until at least in or around April 2021, in Los Angeles,
26 Riverside, Ventura, and San Bernardino Counties, within the Central
27 District of California, and elsewhere, defendants NATALIE LE DEMOLA
28 ("DEMOLA"), CARLEISHA NEOSHA PLUMMER, also known as ("aka") "LG"

3

1  ("PLUMMER"), KHANSHANDA EUGENA KING, aka "Cassandra King"

2  ("K. KING"), CLESHAY JOHNSON II ("C. JOHNSON"), JAMES ANTONIO

3  JOHNSON, aka "Niddy Johnson," aka "Big Dawg Niddy," aka "Niddy"

4  ("J. JOHNSON"), FELICITE ALEISHA KING ("F. KING"), SHAFEQUAH LYNETE

5  MITCHELL ("MITCHELL"), LORESHA SHAMONE DAVIS ("DAVIS"), PORSHA

6  LATRICE JOHNSON ("P. JOHNSON"), DONISHA LASHAWN PACE ("PACE"),

7  DOMINIQUE CHARMONE MARTIN ("MARTIN"), MYKARA DESTINY ROBERTSON

8  ("ROBERTSON"), and AMBER JANE WADE ("WADE"), conspired with one

9  another, and with others known and unknown to the Grand Jury, to

10  commit: (a) wire fraud, in violation of Title 18, United States Code,

11  Section 1343; and (b) bank fraud, in violation of Title 18, United

12  States Code, Section 1344(2).

13  C.   MANNER AND MEANS OF THE CONSPIRACY

14      11.  The objects of the conspiracy were carried out, and were to

15  be carried out, in substance, as follows:

16          a.   Defendants DEMOLA, PLUMMER, and K. KING, and other

17  coconspirators, would acquire the PII, such as the names, dates of

18  birth, and social security numbers, of individuals, including

19  identity theft victims, who were not eligible for UI benefits,

20  including pandemic benefits, because they were employed, retired, or

21  incarcerated. For example:

22              i.   Defendants DEMOLA and PLUMMER would solicit and

23  obtain PII from inmates who were incarcerated at institutions within

24  the California Department of Corrections and Rehabilitation ("CDCR").

25              ii.   Defendant DEMOLA would obtain PII for CDCR

26  inmates and their visitors from an associate who would access CDCR

27  databases for this unauthorized purpose, and then disseminate the PII

28  of the identity theft victims to other defendants and coconspirators.

iii.    Defendant K. KING, in concert with defendant C. JOHNSON, would acquire the PII of victims who were employed, retired, and in some cases CDCR inmates, and maintain that victim PII in notebooks ("defendant K. KING's notebooks") and other locations.

b.   Coconspirators would use the victims' PII to submit fraudulent online applications to EDD, for UI benefits, including pandemic benefits (the "fraudulent EDD applications").

c.   Coconspirators would assume the victims' identities and provide materially false information to EDD on the fraudulent EDD applications, including that the victims were unemployed as a direct result of the COVID-19 pandemic. For example, defendants and their coconspirators would submit fraudulent EDD applications on which they provided materially false information using the identities of victims K.S.R., M.D.S., D.F., M.D.J., K.S., A.A.M., D.M.B., M.P., T.R.S., D.D.J., S.M., N.M.S., N.T.S., P.G.W., D.S.S., D.Fo., J.J.W., L.Si., R.J., A.M.S., F.S., and A.R.C., among other victims.

d.   Coconspirators would also submit fraudulent EDD applications using PII belonging to coconspirators, including the PII belonging to defendants DEMOLA, PLUMMER, and K. KING, and on those applications, provide information they knew to be false that was also material, including that they were unemployed as a direct result of the COVID-19 pandemic.

e.   By submitting the fraudulent EDD applications, coconspirators would cause EDD to:

i.    Transmit emails that were related to the fraudulent EDD applications to the account email addresses;

ii.    Authorize pandemic benefits to be provided to individuals who were ineligible for pandemic benefits because they

5

1  were employed, retired, or incarcerated, including the identity theft
2  victims, defendants, and defendants' coconspirators; and

3        iii.    Cause EDD debit cards, that is, debit cards
4  linked to the EDD debit accounts at Bank of America, to be mailed to
5  the account mailing addresses, which defendants, including defendant
6  MARTIN, and defendants' coconspirators controlled.

7        f.    After EDD approved the fraudulent EDD applications and
8  disbursed the pandemic benefits funds to the EDD debit accounts, and
9  Bank of America issued the EDD debit cards linked to those accounts,
10  defendants PLUMMER, K. KING, C. JOHNSON, J. JOHNSON, F. KING,
11  MITCHELL, DAVIS, P. JOHNSON, PACE, MARTIN, ROBERTSON, and WADE, and
12  their coconspirators, would fraudulently assume the identities of the
13  EDD debit account holders and use the corresponding EDD debit cards
14  to make fraudulent cash withdrawals of pandemic benefits, knowing
15  that they were not entitled to the withdrawals, from ATMs in Los
16  Angeles, Riverside, and San Bernardino Counties, including at ATMs
17  that Bank of America, Wells Fargo, and Chase operated.

18        g.    From Corona, California, through emails that generated
19  interstate wire signals and through phone calls, defendant DEMOLA
20  would instruct defendants, including defendants PLUMMER and
21  J. JOHNSON, to falsely certify that, among other things, the holders
22  of the fraudulent EDD debit accounts, including the victims,
23  defendants, and defendants' coconspirators, continued to be eligible
24  to receive pandemic benefits.

25        h.    Defendants PLUMMER, K. KING, MITCHELL, C. JOHNSON,
26  P. JOHNSON, and PACE, and other coconspirators, would use cell phones
27  to access the fraudulent EDD debit accounts and falsely certify that
28  the account holders, including the victims, defendants, and

defendants' coconspirators, continued to be eligible to receive pandemic benefits.

D.   OVERT ACTS

12.   In furtherance of the conspiracy, and to accomplish its objects, defendants DEMOLA, PLUMMER, K. KING, C. JOHNSON, J. JOHNSON, F. KING, MITCHELL, DAVIS, P. JOHNSON, PACE, MARTIN, ROBERTSON, and WADE, and others known and unknown to the Grand Jury, committed and willfully caused others to commit, on or about the dates set forth below, the following overt acts, among others, within the Central District of California, and elsewhere:

Overt Act No. 1:   On April 3, 2020, Coconspirator 1 accessed the PII of victim R.E.A.T., an inmate within the CDCR prison system, using a CDCR database.

Overt Act No. 2:   On May 6, 2020, Coconspirator 1 accessed the PII of victim S.M.A., an inmate within the CDCR prison system, using a CDCR database.

Overt Act No. 3:   On May 12, 2020, Coconspirator 1 accessed the PII of victim D.F., an inmate within the CDCR prison system, using a CDCR database.

Overt Act No. 4:   On May 13, 2020, Coconspirator 1 accessed the PII of victim D.F., an inmate within the CDCR prison system, using a CDCR database.

Overt Act No. 5:   On May 14, 2020, Coconspirator 1 accessed the PII of victim D.F., an inmate within the CDCR prison system, using a CDCR database.

Overt Act No. 6:   On May 18, 2020, Coconspirator 1 accessed the PII of victim D.F., an inmate within the CDCR prison system, using a CDCR database.

Overt Act No. 7:   On an unknown date, defendant DEMOLA received from a coconspirator PII of inmates within the CDCR prison system.

Overt Act No. 8:   On June 6, 2020, coconspirators electronically filed an application for pandemic assistance benefits in the name of defendant PLUMMER, which was approved.

Overt Act No. 9:   On June 6, 2020, coconspirators electronically filed an application for pandemic assistance benefits in the name of defendant DEMOLA, which was approved.

Overt Act No. 10:   On June 10, 2020, coconspirators electronically filed an application for pandemic assistance benefits in the name of victim M.D.J., an inmate within the CDCR prison system, which was approved.

Overt Act No. 11:   On June 10, 2020, coconspirators electronically filed an application for pandemic assistance benefits in the name of victim L.S., an inmate within the CDCR prison system, which was approved.

Overt Act No. 12:   On June 11, 2020, Coconspirator 1 accessed the PII of victim T.K.J., an inmate within the CDCR prison system, from an internal CDCR database.

Overt Act No. 13:   On June 11, 2020, coconspirators electronically filed an application for pandemic assistance benefits in the name of victim T.K.J., an inmate within the CDCR prison system, which was approved.

Overt Act No. 14:   On June 11, 2020, coconspirators electronically filed an application for pandemic assistance benefits in the name of victim M.L.L., an inmate within the CDCR prison system, which was approved.

Overt Act No. 15:   On June 12, 2020, coconspirators electronically filed an application for pandemic assistance in the name of victim J.B., an inmate within the CDCR prison system, which was approved.

Overt Act No. 16:   On or before June 16, 2020, defendant PLUMMER approached A.M.P. and asked her for her PII, which A.M.P. provided.

Overt Act No. 17:   On or before June 16, 2020, defendant PLUMMER approached S.M.R. and asked her for her PII, which S.M.R. provided.

Overt Act No. 18:   On June 16, 2020, coconspirators electronically filed an application for pandemic assistance in the name of A.M.P., an inmate within the CDCR prison system, which was approved.

Overt Act No. 19:   On June 16, 2020, coconspirators electronically filed an application for pandemic assistance in the name of victim S.M.R., an inmate within the CDCR prison system, which was approved.

Overt Act No. 20:   On June 16, 2020, coconspirators electronically filed an application for pandemic assistance in the name of victim S.M.A., an inmate within the CDCR prison system, which was approved.

Overt Act No. 21:   On June 16, 2020, Coconspirator 1 accessed the PII of victim D.P.R., an inmate within the CDCR prison system, using a CDCR database.

Overt Act No. 22:   On June 19, 2020, coconspirators electronically filed an application for pandemic assistance benefits in the name of defendant K. KING, which was approved.

Overt Act No. 23:   On June 22, 2020, Coconspirator 1 accessed the PII of victim A.A.M., an inmate within the CDCR prison system, using a CDCR database.

Overt Act No. 24:   On June 23, 2020, coconspirators electronically filed an application for pandemic assistance benefits in the name of victim M.D.S., an inmate within the CDCR prison system, which was approved.

Overt Act No. 25:   On June 24, 2020, coconspirators electronically filed an application for pandemic assistance benefits in the name of victim M.C.B., an inmate within the CDCR prison system, which was approved.

Overt Act No. 26:   On June 24, 2020, coconspirators electronically filed an application for pandemic assistance benefits in the name of victim D.D.J., which was approved.

Overt Act No. 27:   On June 24, 2020, defendant MARTIN, using an EDD debit card ending in 9975, issued in the name of victim K.S.R., withdrew $503 from a Chase ATM in Yucaipa, California.

Overt Act No. 28:   On June 27, 2020, defendant MITCHELL, using an EDD debit card ending in 0868, issued in the name of victim M.D.J., withdrew $1,000 from a Bank of America ATM in Los Angeles, California.

Overt Act No. 29:   On June 27, 2020, coconspirators electronically applied for pandemic assistance benefits in the name of victim D.P.R., which was approved.

Overt Act No. 30:   On June 28, 2020, coconspirators electronically applied for pandemic assistance benefits in the name of victim A.A.M., which was approved.

<u>Overt Act No. 31:</u>   On June 28, 2020, coconspirators electronically applied for pandemic assistance benefits in the name of victim K.S., which was approved.

<u>Overt Act No. 32:</u>   On June 28, 2020, coconspirators electronically applied for pandemic assistance benefits in the name of victim R.E.A.T., which was approved.

<u>Overt Act No. 33:</u>   On June 30, 2020, coconspirators electronically applied for pandemic assistance benefits in the name of victim D.F., an inmate within the CDCR prison system, which was approved.

<u>Overt Act No. 34:</u>   On July 6, 2020, coconspirators electronically applied for pandemic assistance benefits in the name of victim D.P.B., which was approved.

<u>Overt Act No. 35:</u>   On July 9, 2020, defendant MITCHELL, using an EDD debit card ending in 0868, issued in the name of victim M.D.J. withdrew $1,000 from a Bank of America ATM in Lakewood, California.

<u>Overt Act No. 36:</u>   On July 9, 2020, defendant MITCHELL, using an EDD debit card ending in 0736, issued in the name of victim L.S., withdrew $1,000 from a Bank of America ATM in Lakewood, California.

<u>Overt Act No. 37:</u>   On July 9, 2020, defendant MITCHELL, using an EDD debit card ending in 1414, issued in the name of defendant PLUMMER, withdrew $1,000 from a Bank of America ATM in Lakewood, California.

<u>Overt Act No. 38:</u>   On July 10, 2020, defendant J. JOHNSON, using an EDD debit card ending in 1940, issued in the name of victim M.D.S., withdrew $1,000 from a Bank of America ATM in Wilmington, California.

Overt Act No. 39:   On July 11, 2020, defendant F. KING called an inmate within the CDCR prison system and asked that inmate if he wanted to be a part of the EDD fraud scheme, saying, "I got this new thing where I can make you make some change . . . everybody doin' it . . . the EDD thing."

Overt Act No. 40:   On July 11, 2020, defendant J. JOHNSON, using an EDD debit card ending in 1940, issued in the name of victim M.D.S., withdrew $1,000 from a Bank of America ATM in Wilmington, California.

Overt Act No. 41:   On July 11, 2020, defendant J. JOHNSON, using an EDD debit card ending in 6137, issued in the name of victim D.F., withdrew $1,000 from a Bank of America ATM in Wilmington, California.

Overt Act No. 42:   On July 12, 2020, defendant J. JOHNSON, using an EDD debit card ending in 1940, issued in the name of victim M.D.S., withdrew $1,000 from a Bank of America ATM in Wilmington, California.

Overt Act No. 43:   On July 12, 2020, defendant J. JOHNSON, using an EDD debit card ending in 6137, issued in the name of victim D.F., withdrew $1,000 from a Bank of America ATM in Wilmington, California.

Overt Act No. 44:   On July 13, 2020, defendant J. JOHNSON, using an EDD debit card ending in 6137, issued in the name of victim D.F., withdrew $1,000 from a Bank of America ATM in Wilmington, California.

Overt Act No. 45:   On July 13, 2020, coconspirators electronically filed an application for pandemic assistance benefits in the name of victim T.R.S., which was approved.

<u>Overt Act No. 46:</u>   On July 13, 2020, coconspirators electronically filed an application for pandemic assistance benefits in the name of victim D.M.B., an inmate within the CDCR prison system, which was approved.

<u>Overt Act No. 47:</u>   On July 14, 2020, defendant J. JOHNSON, using an EDD debit card ending in 1940, issued in the name of victim M.D.S., withdrew $1,000 from a Bank of America ATM in Wilmington, California.

<u>Overt Act No. 48:</u>   On July 14, 2020, defendant MITCHELL, using an EDD debit card ending in 9830, issued in the name of victim S.M.R., withdrew $1,000 from a Bank of America ATM in Gardena, California.

<u>Overt Act No. 49:</u>   On July 14, 2020, defendant MARTIN, using an EDD debit card ending in 9975, issued in the name of victim K.S.R., withdrew $503 from a Chase Bank ATM in Yucaipa, California.

<u>Overt Act No. 50:</u>   On July 14, 2020, defendant MITCHELL, using an EDD debit card ending in number 0868, issued in the name of victim M.D.J., withdrew $1,000 from a Bank of America ATM in Gardena, California.

<u>Overt Act No. 51:</u>   On July 14, 2020, defendant MITCHELL, using an EDD debit card ending in number 8064, issued in the name of victim K.S., withdrew $1,000 from a Bank of America ATM in Gardena, California.

<u>Overt Act No. 52:</u>   On July 15, 2020, defendant MITCHELL, using an EDD debit card ending in 1414, issued in the name of defendant PLUMMER, withdrew $1,000 from a Bank of America ATM in Victorville, California.

Overt Act No. 53:  On July 15, 2020, coconspirators electronically filed an application for pandemic assistance benefits in the name of victim M.P., an inmate in the CDCR prison system, which was approved.

Overt Act No. 54:  On July 15, 2020, defendant J. JOHNSON, using an EDD debit card ending in number 6137, issued in the name of victim D.F., withdrew $1,000 from a Bank of America ATM in Los Angeles, California.

Overt Act No. 55:  On July 16, 2020, defendant J. JOHNSON, using an EDD debit card ending in 6137, issued in the name of victim D.F., withdrew $1,000 from a Bank of America ATM in Wilmington, California.

Overt Act No. 56:  On July 16, 2020, defendant J. JOHNSON, using an EDD debit card ending in 1940, issued in the name of victim M.D.S., withdrew $1,000 from a Bank of America ATM in Wilmington, California.

Overt Act No. 57:  On July 16, 2020, defendant F. KING, using an EDD debit card ending in 8925, issued in the name of defendant K. KING, withdrew $1,000 from a Bank of America ATM in Gardena, California.

Overt Act No. 58:  On July 17, 2020, defendant J. JOHNSON, using an EDD debit card ending in 6137, issued in the name of victim D.F., withdrew $1,000 from a Bank of America ATM in Wilmington, California.

Overt Act No. 59:  On July 17, 2020, defendant J. JOHNSON, using an EDD debit card ending in 1940, issued in the name of victim M.D.S., withdrew $1,000 from a Bank of America ATM in Wilmington, California.

Overt Act No. 60:  On July 18, 2020, defendant J. JOHNSON, using an EDD debit card ending in 1940, issued in the name of victim M.D.S., withdrew $1,000 from a Bank of America ATM in Wilmington, California.

Overt Act No. 61:  On July 20, 2020, defendant MITCHELL, using an EDD debit card ending in number 6350, issued in the name of victim A.A.M., withdrew $1,000 from a Bank of America ATM in Walnut Park, California.

Overt Act No. 62:  On July 22, 2020, in an email exchange between defendant J. JOHNSON and defendant DEMOLA regarding a new application for pandemic assistance benefits, defendant J. JOHNSON requested permission to withdraw money, defendant DEMOLA instructed defendant J. JOHNSON on the amount of money to withdraw, and defendant J. JOHNSON asked for instructions on how to set up account security features.

Overt Act No. 63:  On July 24, 2020, defendant MITCHELL, using an EDD debit card ending in 3349, issued in the name of victim M.C.B., withdrew $1,000 from a Bank of America ATM in Torrance, California.

Overt Act No. 64:  On July 25, 2020, coconspirators electronically filed an application for pandemic assistance benefits in the name of victim M.J.W., using PII in defendant K. KING's notebooks.

Overt Act No. 65:  On July 26, 2020, coconspirators electronically filed an application for pandemic assistance benefits in the name of victim M.Si., using PII in defendant K. KING's notebooks.

Overt Act No. 66:   On July 26, 2020, defendant DEMOLA emailed defendant PLUMMER several usernames and passwords for EDD debit accounts, including the account relating to victim D.F.

Overt Act No. 67:   On July 27, 2020, defendant DEMOLA emailed defendant PLUMMER usernames and passwords for EDD debit accounts.

Overt Act No. 68:   On July 30, 2020, defendant DEMOLA emailed defendant PLUMMER usernames and passwords for EDD debit accounts, including the accounts relating to victims D.F. and M.D.S.

Overt Act No. 69:   On August 2, 2020, defendant DAVIS, using an EDD debit card ending in 5658, issued in the name of victim A.M.P., withdrew $1,000 from a Bank of America ATM in Inglewood, California.

Overt Act No. 70:   On August 2, 2020, defendant DAVIS, using an EDD debit card ending in 6256, issued in the name of victim T.R.S., withdrew $1,000 from a Bank of America ATM in Victorville, California.

Overt Act No. 71:   On August 2, 2020, defendant DAVIS, using an EDD debit card ending in 5325, issued in the name of victim D.M.B., withdrew $1,000 from a Bank of America ATM in Victorville, California.

Overt Act No. 72:   On August 2, 2020, defendant DAVIS, using an EDD debit card ending in 4935, issued in the name of victim M.P., withdrew $1,000 from a Bank of America ATM in Victorville, California.

Overt Act No. 73:   On August 4, 2020, coconspirators electronically filed an application for pandemic assistance benefits in the name of victim S.M., an inmate in the CDCR prison system, which was approved.

Overt Act No. 74:   On August 4, 2020, defendant DAVIS, using an EDD debit card ending in 4935, issued in the name of victim M.P., withdrew $1,000 from a Bank of America ATM in Los Angeles, California.

Overt Act No. 75:   On August 4, 2020, defendant DAVIS, using an EDD debit card ending in 4078, issued in the name of victim I.T.C., withdrew $1,000 from a Bank of America ATM in Los Angeles, California.

Overt Act No. 76:   On August 4, 2020, defendant DAVIS, using an EDD debit card ending in 5325, issued in the name of victim D.M.B., withdrew $1,000 from a Bank of America ATM in Los Angeles, California.

Overt Act No. 77:   On August 4, 2020, coconspirators electronically filed an application for pandemic assistance benefits in the name of victim C.M.G., an inmate within the CDCR prison system, which was approved.

Overt Act No. 78:   On August 4, 2020, coconspirators electronically filed an application for pandemic assistance benefits in the name of victim R.J., an inmate within the CDCR prison system, which was approved.

Overt Act No. 79:   On August 5, 2020, defendant DAVIS, using an EDD debit card ending in 4935, issued in the name of victim M.P., withdrew $1,000 from a Bank of America ATM in Los Angeles, California.

Overt Act No. 80:   On August 5, 2020, defendant DAVIS, using an EDD debit card ending in 5325, issued in the name of victim D.M.B., withdrew $1,000 from a Bank of America ATM in Los Angeles, California.

<u>Overt Act No. 81:</u>   On August 6, 2020, defendant DAVIS, using an EDD debit card ending in 6256, issued in the name of victim T.R.S., withdrew $1,000 from a Bank of America ATM in El Segundo, California.

<u>Overt Act No. 82:</u>   On August 6, 2020, defendant DAVIS using an EDD debit card ending in 6041, issued in the name of victim T.K.J., withdrew $500 from a Bank of America ATM in El Segundo, California.

<u>Overt Act No. 83:</u>   On August 6, 2020, defendant DAVIS, using an EDD debit card ending in 5325, issued in the name of victim D.M.B., withdrew $1,000 from a Bank of America ATM in Los Angeles, California.

<u>Overt Act No. 84:</u>   On August 7, 2020, defendant ROBERTSON, using an EDD debit card ending in number 4502, issued in the name of victim D.D.J., withdrew $1,000 from a Bank of America ATM in Downey, California.

<u>Overt Act No. 85:</u>   On August 7, 2020, defendant ROBERTSON, using an EDD debit card ending in number 6350, issued in the name of victim A.A.M., withdrew $1,000 from a Bank of America ATM in Downey, California.

<u>Overt Act No. 86:</u>   On August 7, 2020, defendant ROBERTSON, using an EDD debit card ending in number 8064, issued in the name of victim K.S., withdrew $1,000 from a Bank of America ATM in Downey, California.

<u>Overt Act No. 87:</u>   On August 8, 2020, coconspirators electronically filed an application for pandemic assistance benefits in the name of victim R.M.W., using PII in defendant K. KING's notebooks.

<u>Overt Act No. 88:</u>   On August 8, 2020, defendant PLUMMER, using an EDD debit card ending in 4078, issued in the name of victim

18

I.T.C., withdrew $1,000 from a Bank of America ATM in Los Angeles, California.

Overt Act No. 89: On August 9, 2020, coconspirators electronically filed an application for pandemic assistance benefits in the name of victim R.J.W., using PII in defendant K. KING's notebooks.

Overt Act No. 90: On August 13, 2020, coconspirators electronically filed an application for pandemic assistance benefits in the name of victim S.R.S., using PII in defendant K. KING's notebooks.

Overt Act No. 91: On August 13, 2020, coconspirators electronically filed an application for pandemic assistance benefits in the name of victim N.T.S., using PII in defendant K. KING's notebooks.

Overt Act No. 92: On August 13, 2020, defendant P. JOHNSON, using an EDD debit card ending in 5617, issued in the name of victim S.M., withdrew $900 from a Bank of America ATM in Gardena, California.

Overt Act No. 93: On August 14, 2020, coconspirators electronically filed an application for pandemic assistance benefits in the name of victim D.S.S., which was approved.

Overt Act No. 94: On August 15, 2020, coconspirators electronically filed an application for pandemic assistance benefits in the name of victim S.N.W., using PII in defendant K. KING's notebooks.

Overt Act No. 95: On August 15, 2020, coconspirators electronically filed an application for pandemic assistance benefits

in the name of victim J.S., using PII in defendant K. KING's notebooks.

Overt Act No. 96:   On August 16, 2020, defendant PLUMMER, using an EDD debit card ending in 1245, issued in the name of victim G.G., withdrew $1,000 from a Bank of America ATM in Victorville, California.

Overt Act No. 97:   On August 18, 2020, coconspirators electronically filed an application for pandemic assistance benefits in the name of victim O.D.S., using PII in defendant K. KING's notebooks.

Overt Act No. 98:   On August 18, 2020, defendant C. JOHNSON, using an EDD debit card ending in 4935, issued in the name of victim M.P., withdrew $500 from a Bank of America ATM in Hawthorne, California.

Overt Act No. 99:   On August 18, 2020, coconspirators electronically filed an application for pandemic assistance benefits in the name of victim D.Fo., an inmate within the CDCR prison system, which was approved.

Overt Act No. 100:   On August 18, 2020, coconspirators electronically filed an application for pandemic assistance benefits in the name of victim T.A.W., an inmate within the CDCR prison system, which was approved.

Overt Act No. 101:   On August 20, 2020, defendant C. JOHNSON, using an EDD debit card ending in 4935, issued in the name of victim M.P., withdrew $1,000 from a Bank of America ATM in Hawthorne, California.

Overt Act No. 102:   On or before August 20, 2020, defendants PLUMMER and C. JOHNSON purchased from T-Mobile cell phones that

1  defendants used to store and access fraudulent EDD account

2  information.

3      Overt Act No. 103:  On August 21, 2020, coconspirators

4  electronically filed an application for pandemic assistance benefits

5  in the name of victim B.S., using PII in defendant K. KING's

6  notebooks.

7      Overt Act No. 104:  On August 21, 2020, Coconspirator 2, using

8  an EDD debit card ending in number 4935, issued in the name of victim

9  M.P., withdrew $650 from a Bank of America ATM in Los Angeles,

10  California.

11      Overt Act No. 105:  On August 23, 2020, defendant PACE, using an

12  EDD debit card ending in 0241, a replacement card issued in the name

13  of victim M.D.J., withdrew $800 from a Bank of America ATM in Los

14  Angeles, California.

15      Overt Act No. 106:  On August 24, 2020, coconspirators

16  electronically filed an application for pandemic assistance benefits

17  in the name of victim D.L.S., using PII in defendant K. KING's

18  notebooks.

19      Overt Act No. 107:  On August 24, 2020, defendant PLUMMER, using

20  an EDD debit card ending in number 3004, issued in the name of victim

21  N.M.S., withdrew $1,000 from a Bank of America ATM in Los Angeles,

22  California.

23      Overt Act No. 108:  On August 25, 2020, coconspirators

24  electronically filed an application for pandemic assistance benefits

25  in the name of victim R.L.S., using PII in defendant K. KING's

26  notebooks.

27      Overt Act No. 109:  On August 25, 2020, defendant PLUMMER, using

28  an EDD debit card ending in 6256, issued in the name of victim

1  T.R.S., withdrew $1,000 from a Bank of America ATM in Apple Valley,
2  California.

3      Overt Act No. 110:  On August 26, 2020, coconspirators
4  electronically filed an application for pandemic assistance benefits
5  in the name of victim M.A.W., using PII in defendant K. KING's
6  notebooks.

7      Overt Act No. 111:  On August 26, 2020, coconspirators
8  electronically filed an application for pandemic assistance benefits
9  in the name of victim D.J.S., using PII in defendant K. KING's
10 notebooks.

11     Overt Act No. 112:  On August 26, 2020, coconspirators
12 electronically filed an application for pandemic assistance benefits
13 in the name of victim W.J.S., using PII in defendant K. KING's
14 notebooks.

15     Overt Act No. 113:  On August 27, 2020, defendant F. KING, using
16 an EDD debit card ending in 6127, issued in the name of victim D.Fo.,
17 an inmate in the CDCR prison system, withdrew $1,000 from a Bank of
18 America ATM in Los Angeles, California.

19     Overt Act No. 114:  On August 31, 2020, defendant WADE, using an
20 EDD debit card ending in number 7456, issued in the name of victim
21 N.T.S., withdrew $1,000 from a Bank of America ATM in Palmdale,
22 California.

23     Overt Act No. 115:  On September 1, 2020, defendant C. JOHNSON,
24 using an EDD debit card ending in number 4935, issued in the name of
25 victim M.P., withdrew $1,000 from a Bank of America ATM in Los
26 Angeles, California.

27     Overt Act No. 116:  On September 2, 2020, defendant F. KING,
28 using an EDD debit card ending in 6127, issued in the name of victim

D.Fo., an inmate in the CDCR prison system, withdrew $1,000 from a Bank of America ATM in Bell, California.

Overt Act No. 117:  On September 2, 2020, defendant F. KING, using an EDD debit card ending in 5884, issued in the name of victim T.A.W., withdrew $1,000 from a Bank of America ATM in South Gate, California.

Overt Act No. 118:  On September 5, 2020, defendant K. KING, using an EDD debit card ending in number 5755, issued in the name of victim P.G.W., withdrew $1,003 from a Wells Fargo ATM in Los Angeles, California.

Overt Act No. 119:  On September 6, 2020, defendant K. KING, using an EDD debit card ending in number 9562, issued in the name of victim J.J.W., withdrew $803 from a Wells Fargo ATM in Westchester, California.

Overt Act No. 120:  On September 6, 2020, defendant K. KING, using an EDD debit card ending in number 7371, issued in the name of victim L.Si., withdrew $1,003 from a Wells Fargo ATM in Hawthorne, California.

Overt Act No. 121:  On September 6, 2020, defendant F. KING, using an EDD debit card ending in 1277, issued in the name of victim D.S.S., withdrew $1,000 from a Bank of America ATM in Lakewood, California.

Overt Act No. 122:  On September 6, 2020, Coconspirator 3, using an EDD debit card ending in number 6127, issued in the name of victim D.Fo., withdrew $1,000 from a Bank of America ATM in Lancaster, California.

Overt Act No. 123:  On September 6, 2020, defendants K. KING and C. JOHNSON possessed EDD mail addressed to victims, and EDD debit

cards issued to victims, including EDD debit cards issued in the names of victims S.M., C.M.G., R.J.W., S.R.S., and M.P.

Overt Act No. 124:  On September 6, 2020, defendant K. KING and C. JOHNSON possessed two notebooks containing 98 PII profiles, including victims' names, dates of birth, and social security numbers.

Overt Act No. 125:  On September 6, 2020, defendants K. KING and C. JOHNSON possessed cell phones that they used to store fraudulent EDD pandemic benefits account information.

Overt Act No. 126:  On September 6, 2020, in a hotel room, defendants K. KING and C. JOHNSON possessed EDD mail addressed to victims and an EDD debit card in the name of victim S.W.

Overt Act No. 127:  On September 7, 2020, Coconspirator 3, using an EDD debit card ending in number 6127, issued in the name of victim D.Fo., withdrew $1,000 from a Bank of America ATM in Lancaster, California.

Overt Act No. 128:  On September 7, 2020, defendant WADE using an EDD debit card ending in number 7456, issued in the name of victim N.T.S., withdrew $1,000 from a Bank of America ATM in Palmdale, California.

Overt Act No. 129:  On September 9, 2020, defendant F. KING, using an EDD debit card ending in number 1277, issued in the name of victim D.S.S., withdrew $1,000 from a Bank of America ATM in Los Angeles, California.

Overt Act No. 130:  On September 10, 2020, defendant F. KING, using an EDD debit card ending in 5561, issued in the name of victim R.J., withdrew $200 from a Bank of America ATM in Gardena, California.

Overt Act No. 131:  On September 13, 2020, defendant F. KING, using an EDD debit card ending in 1277, issued in the name of victim D.S.S., withdrew $1,000 from a Bank of America ATM in Los Angeles, California.

Overt Act No. 132:  On September 15, 2020, defendant C. JOHNSON, using an EDD debit card ending in 6078, issued in the name of victim A.R.C., withdrew $1,000 from a Bank of America ATM in Marina Del Rey, California.

Overt Act No. 133:  On September 16, 2020, defendant C. JOHNSON, using an EDD debit card ending in 6078, issued in the name of victim A.R.C., withdrew $1,000 from a Bank of America ATM in Los Angeles, California.

Overt Act No. 134:  On September 20, 2020, defendant F. KING, using an EDD debit card ending in 6127, issued in the name of victim D.Fo., withdrew $1,000 from a Bank of America ATM in Los Angeles, California.

Overt Act No. 135:  On September 25, 2020, defendant WADE, using an EDD debit card ending in number 7456, issued in the name of victim N.T.S., withdrew $1,000 from a Bank of America ATM in Palmdale, California.

Overt Act No. 136:  On September 27, 2020, defendant C. JOHNSON, using an EDD debit card ending in 6078, issued in the name of victim A.R.C., withdrew $1,000 from a Bank of America ATM in Los Angeles, California.

Overt Act No. 137:  On October 5, 2020, defendant PLUMMER, using an EDD debit card ending in 9830, issued in the name of victim S.M.R., withdrew $320 from a Bank of America ATM in Apple Valley, California.

1    Overt Act No. 138:  On October 7, 2020, Coconspirator 4, using

2    an EDD debit card ending in number 8908, issued in the name of victim

3    A.M.S., withdrew $900 from a Bank of America ATM in Van Nuys,

4    California.

5    Overt Act No. 139:  On October 11, 2020, defendant F. KING,

6    using an EDD debit card ending in 5561, issued in the name of victim

7    R.J., withdrew $360 from a Bank of America ATM in Los Angeles,

8    California.

9    Overt Act No. 140:  On October 12, 2020, defendant PACE, using

10   an EDD debit card ending in 0241, a replacement card issued in the

11   name of victim M.D.J., withdrew $1,000 from a Bank of America ATM in

12   Gardena, California.

13   Overt Act No. 141:  On October 12, 2020, defendant PLUMMER,

14   using an EDD debit card ending in number 6320, issued in the name of

15   victim F.S., withdrew $1,000 from a Bank of America ATM in

16   Victorville, California.

17   Overt Act No. 142:  On October 13, 2020, defendant PLUMMER,

18   using an EDD debit card ending in number 6256, issued in the name of

19   victim T.R.S., withdrew $900 from a Bank of America ATM in

20   Victorville, California.

21   Overt Act No. 143:  On October 14, 2020, Coconspirator 2, using

22   an EDD debit card ending in number 6078, issued in the name of victim

23   A.R.C., withdrew $500 from a Bank of America ATM in Los Angeles,

24   California.

25   Overt Act No. 144:  On October 16, 2020, defendant C. JOHNSON,

26   using an EDD debit card ending in 6078, issued in the name of victim

27   A.R.C., withdrew $1,000 from a Bank of America ATM in Los Angeles,

28   California.

Overt Act No. 145:  On October 16, 2020, defendant PLUMMER, using an EDD debit card ending in 8881, issued in the name of defendant DEMOLA, withdrew $1,000 from a Bank of America ATM in Victorville, California.

Overt Act No. 146:  On October 23, 2020, defendant PLUMMER, using an EDD debit card ending in 8881, issued in the name of defendant DEMOLA, withdrew $880 from a Bank of America ATM in Victorville, California.

Overt Act No. 147:  On October 27, 2020, Coconspirator 4, using an EDD debit card ending in number 8908, issued in the name of victim A.M.S., withdrew $900 from a Bank of America ATM in Van Nuys, California.

Overt Act No. 148:  On November 7, 2020, Coconspirator 4, using an EDD debit card ending in number 8908, issued in the name of victim A.M.S., withdrew $900 from a Bank of America ATM in Van Nuys, California.

Overt Act No. 149:  On December 22, 2020, defendant MARTIN received EDD mail addressed to victim K.S.R.

Overt Act No. 150:  On April 12, 2021, defendant MARTIN received EDD mail addressed to victim M.M.

COUNTS TWO THROUGH THIRTY-TWO

[18 U.S.C. §§ 1344(2), 2(a), 2(b)]

[ALL DEFENDANTS]

13.   The Grand Jury re-alleges paragraphs 1 through 9, 11, and 12 of this Indictment here.

A.   THE SCHEME TO DEFRAUD

14.   Beginning on a date unknown to the Grand Jury, but no later than in or around June 2020, and continuing until in or around April 2021, in Los Angeles, Riverside, Ventura, and San Bernardino Counties, within the Central District of California, and elsewhere, defendants NATALIE LE DEMOLA ("DEMOLA"), CARLEISHA NEOSHA PLUMMER, also known as ("aka") "LG" ("PLUMMER"), KHANSHANDA EUGENA KING, aka "Cassandra King ("K. KING"), aka "Cassandra King," CLESHAY JOHNSON II ("C. JOHNSON"), JAMES ANTONIO JOHNSON, aka "Niddy Johnson," aka "Big Dawg Niddy," aka "Niddy" ("J. JOHNSON"), FELICITE ALEISHA KING ("F. KING"), SHAFEQUAH LYNETE MITCHELL ("MITCHELL"), LORESHA SHAMONE DAVIS ("DAVIS"), PORSHA LATRICE JOHNSON ("P. JOHNSON"), DONISHA LASHAWN PACE ("PACE"), DOMINIQUE CHARMONE MARTIN ("MARTIN"), MYKARA DESTINY ROBERTSON ("ROBERTSON"), and AMBER JANE WADE ("WADE"), together with others known and unknown to the Grand Jury, knowingly and with intent to defraud, devised, participated in, and executed a scheme to obtain moneys, funds, credits, assets, and other property owned by and in the custody and control of federally-insured financial institutions by means of material false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

15.   The fraudulent scheme operated and was carried out, in substance, as described in paragraph 11 of this Indictment.

B. <u>EXECUTIONS OF THE SCHEME</u>

16. On or about the following dates, in Los Angeles, Riverside, Ventura, and San Bernardino Counties, within the Central District of California, and elsewhere, defendants DEMOLA, PLUMMER, K. KING, C. JOHNSON, J. JOHNSON, F. KING, MITCHELL, DAVIS, P. JOHNSON, PACE, MARTIN, ROBERTSON, and WADE, together with others known and unknown to the Grand Jury, aiding and abetting each other, committed and willfully caused others to commit the following acts, each of which constituted an execution of the fraudulent scheme:

| COUNT | DEFENDANT(S) | DATE | ACT |
|-------|-------------|------|-----|
| TWO | MARTIN | June 24, 2020 | Use of an EDD debit card ending in 9975 issued in the name of K.S.R, at Chase to withdraw $503, in Yucaipa, California. |
| THREE | DEMOLA; J. JOHNSON; MARTIN | July 10, 2020 | Use of an EDD debit card ending in 1940, issued in the name of M.D.S., at Bank of America to withdraw $1,000, in Wilmington, California. |
| FOUR | DEMOLA; J. JOHNSON | July 11, 2020 | Use of an EDD debit card ending in 6137, issued in the name of D.F., at Bank of America to withdraw $1,000, in Wilmington, California. |
| FIVE | MITCHELL | July 14, 2020 | Use of an EDD debit card ending in 0868, issued in the name of M.D.J., at Bank of America to withdraw $1,000, in Gardena, California. |

| COUNT | DEFENDANT(S) | DATE | ACT |
|---|---|---|---|
| SIX | MITCHELL | July 14, 2020 | Use of an EDD debit card ending in 8064, issued in the name of K.S., at Bank of America to withdraw $1,000, in Gardena, California. |
| SEVEN | DEMOLA; J. JOHNSON | July 15, 2020 | Use of an EDD debit card ending in 6137, issued in the name of D.F., at Bank of America to withdraw $1,000, in Wilmington, California. |
| EIGHT | MITCHELL | July 20, 2020 | Use of an EDD debit card ending in 6350, issued in the name of A.A.M., at Bank of America to withdraw $1,000, in Walnut Park, California. |
| NINE | DAVIS | August 2, 2020 | Use of an EDD debit card ending in 5325, issued in the name of D.M.B., at Bank of America to withdraw $1,000, in Victorville, California. |
| TEN | DAVIS | August 2, 2020 | Use of an EDD debit card ending in 4935, issued in the name of M.P., at Bank of America to withdraw $1,000, in Victorville, California. |
| ELEVEN | DAVIS | August 2, 2020 | Use of an EDD debit card ending in 6256, issued in the name of T.R.S., at Bank of America to withdraw $1,000, in Victorville, California. |

| COUNT | DEFENDANT(S) | DATE | ACT |
|-------|--------------|------|-----|
| TWELVE | ROBERTSON | August 7, 2020 | Use of an EDD debit card ending in 4502, issued in the name of D.D.J., at Bank of America to withdraw $1,000, in Downey, California. |
| THIRTEEN | ROBERTSON | August 7, 2020 | Use of an EDD debit card ending in 6350, issued in the name of A.A.M., at Bank of America to withdraw $1,000, in Downey, California. |
| FOURTEEN | ROBERTSON | August 7, 2020 | Use of an EDD debit card ending in 8064, issued in the name of K.S., at Bank of America to withdraw $1,000, in Downey, California. |
| FIFTEEN | P. JOHNSON | August 13, 2020 | Use of an EDD debit card ending in 5617, issued in the name of S.M., at Bank of America to withdraw $900, in Gardena, California. |
| SIXTEEN | C. JOHNSON | August 18, 2020 | Use of an EDD debit card ending in 4935, issued in the name of M.P., at Bank of America to withdraw $500, in Hawthorne, California. |
| SEVENTEEN | PACE | August 23, 2020 | Use of an EDD debit card ending in 0241, issued in the name of M.D.J., at Bank of America to withdraw $800, in Los Angeles, California. |

| COUNT | DEFENDANT(S) | DATE | ACT |
|---|---|---|---|
| EIGHTEEN | PLUMMER | August 24, 2020 | Use of an EDD debit card ending in 3004, issued in the name of N.M.S., at Bank of America to withdraw $1,000, in Los Angeles, California. |
| NINETEEN | WADE | August 31, 2020 | Use of an EDD debit card ending in 7456, issued in the name of N.T.S., at Bank of America to withdraw $1,000, in Palmdale, California. |
| TWENTY | C. JOHNSON | September 1, 2020 | Use of an EDD debit card ending in 4935, issued in the name of M.P., at Bank of America to withdraw $1,000, in Los Angeles, California. |
| TWENTY-ONE | K. KING | September 5, 2020 | Use of an EDD debit card ending in 5755, issued in the name of P.G.W., at Wells Fargo to withdraw $1,003, in Los Angeles, California. |
| TWENTY-TWO | F. KING | September 6, 2020 | Use of an EDD debit card ending in 1277, issued in the name of D.S.S., at Bank of America to withdraw $1,000, in Lakewood, California. |
| TWENTY-THREE | K. KING | September 6, 2020 | Use of an EDD debit card ending in 9562, issued in the name of J.J.W., at Wells Fargo to withdraw $803, in Westchester, California. |

| COUNT | DEFENDANT(S) | DATE | ACT |
|-------|--------------|------|-----|
| TWENTY-FOUR | K. KING | September 6, 2020 | Use of an EDD debit card ending in 7371, issued in the name of L.Si., at Wells Fargo to withdraw $1,003, in Hawthorne, California. |
| TWENTY-FIVE | WADE | September 7, 2020 | Use of an EDD debit card ending in 7456, issued in the name of N.T.S., at Bank of America to withdraw $1,000, in Palmdale, California. |
| TWENTY-SIX | F. KING | September 9, 2020 | Use of an EDD debit card ending in 1277, issued in the name of D.S.S., at Bank of America to withdraw $1,000, in Los Angeles, California. |
| TWENTY-SEVEN | F. KING | September 10, 2020 | Use of an EDD debit card ending in 5561, issued in the name of R.J., at Bank of America to withdraw $1,000, in Gardena, California. |
| TWENTY-EIGHT | WADE | September 25, 2020 | Use of an EDD debit card ending in 7456, issued in the name of N.T.S., at Bank of America to withdraw $1,000, in Palmdale, California. |
| TWENTY-NINE | PLUMMER | October 12, 2020 | Use of an EDD debit card ending in 6320, issued in the name of F.S., at Bank of America to withdraw $1,000, in Victorville, California. |

| COUNT | DEFENDANT(S) | DATE | ACT |
|-------|--------------|------|-----|
| THIRTY | PACE | October 12, 2020 | Use of an EDD debit card ending in 0241, issued in the name of M.D.J., at Bank of America to withdraw $1,000, in Gardena, California. |
| THIRTY-ONE | PLUMMER | October 13, 2020 | Use of an EDD debit card ending in 6256, issued in the name of T.R.S., at Bank of America to withdraw $900, in Victorville, California. |
| THIRTY-TWO | C. JOHNSON | October 16, 2020 | Use of an EDD debit card ending in 6078, issued in the name of A.R.C., at Bank of America to withdraw $1,000, in Los Angeles, California. |

1          COUNTS THIRTY-THREE THROUGH THIRTY-NINE

2               [18 U.S.C. §§ 1028A(a)(1), 2(b)]

3    [DEFENDANTS DEMOLA, PLUMMER, K. KING, F. KING, MITCHELL, P. JOHNSON,

4                          AND MARTIN]

5         17.  The Grand Jury re-alleges paragraphs 1 through 9 and 11 of

6    this Indictment here.

7         18.  Beginning no later than in or around June 2020, and

8    continuing until in or around April 2021, in Los Angeles, Riverside,

9    Ventura, and San Bernardino Counties, within the Central District of

10   California, and elsewhere, defendants NATALIE LE DEMOLA ("DEMOLA"),

11   CARLEISHA NEOSHA PLUMMER, also known as "LG" ("PLUMMER"), KHANSHANDA

12   EUGENA KING, aka "Cassandra King" ("K. KING"), FELICITE ALEISHA KING

13   ("F. KING"), SHAFEQUAH LYNETE MITCHELL ("MITCHELL"), PORSHA LATRICE

14   JOHNSON ("P. JOHNSON"), and DOMINIQUE CHARMONE MARTIN ("MARTIN"), on

15   or about the following dates, knowingly transferred, possessed, and

16   used, and willfully caused to be transferred, possessed, and used,

17   without lawful authority, means of identification that defendants

18   knew belonged to other persons, namely, the names and EDD Bank of

19   America account numbers of the individuals identified below, during

20   and in relation to conspiracy to commit wire fraud and bank fraud, a

21   felony violation of Title 18, United States Code, Section 1349, as

22   charged in Count One of this Indictment.

| COUNT | DEFENDANT | DATE RANGE | MEANS OF IDENTIFICATION |
|---|---|---|---|
| THIRTY-THREE | DEMOLA | 6/23/2020 to 7/18/2020 | Names and EDD Bank of America account numbers in the names of M.D.S. and D.F. |

| COUNT | DEFENDANT | DATE RANGE | MEANS OF IDENTIFICATION |
|-------|-----------|------------|-------------------------|
| THIRTY-FOUR | PLUMMER | 8/8/2020 to 10/23/2020 | Names and EDD Bank of America account numbers in the names of N.M.S., F.S., T.R.S., and defendant DEMOLA |
| THIRTY-FIVE | K. KING | 9/4/2020 to 9/6/2020 | Names and EDD Bank of America account numbers in the names of P.G.W., J.J.W., and L.Si. |
| THIRTY-SIX | F. KING | 7/16/2020 to 10/11/2020 | Names and EDD Bank of America account numbers in the names of D.S.S., R.J., and defendant K. KING |
| THIRTY-SEVEN | MITCHELL | 6/27/2020 to 7/20/20 | Names and EDD Bank of America account numbers in the names of M.D.J., K.S., A.A.M., and defendant PLUMMER |
| THIRTY-EIGHT | P. JOHNSON | 7/23/2020 to 8/13/2020 | Names and EDD Bank of America account numbers in the names of S.M. and defendant K. KING |
| THIRTY-NINE | MARTIN | 6/24/2020 to 7/14/2020 | Names and EDD Bank of America account numbers in the names of K.S.R. and M.D.S. |

1

FORFEITURE ALLEGATION

2

[18 U.S.C. § 982]

3       1.   Pursuant to Rule 32.2(a) of the Federal Rules of Criminal

4  Procedure, notice is hereby given that the United States of America

5  will seek forfeiture as part of any sentence, pursuant to Title 18,

6  United States Code, Section 982(a)(2), in the event of any

7  defendant's conviction of the offenses set forth in any of Counts One

8  through Thirty Nine of this Indictment.

9       2.   Any defendant so convicted shall forfeit to the United

10 States of America the following:

11           (a) All right, title and interest in any and all property,

12 real or personal, constituting, or derived from, any proceeds

13 obtained, directly or indirectly, as a result of the offense; and

14           (b) To the extent such property is not available for

15 forfeiture, a sum of money equal to the total value of the property

16 described in subparagraph (a).

17      3.   Pursuant to Title 21, United States Code, Section 853(p),

18 as incorporated by Title 18, United States Code, Section 982(b), any

19 defendant so convicted shall forfeit substitute property, up to the

20 total value of the property described in the preceding paragraph if,

21 as the result of any act or omission of said defendant, the property

22 described in the preceding paragraph, or any portion thereof: (a)

23 cannot be located upon the exercise of due diligence; (b) has been

24 transferred, sold to or deposited with a third party; (c) has been

25 placed beyond the jurisdiction of the court; (d) has been

26 //

27 //

28 //

37

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

/S/

_____
Foreperson

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Deputy Chief, General Crimes
Section

GREGORY BERNSTEIN
Assistant United States Attorney
Major Frauds Section