CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
HOWARD SHNEIDER (Bar No. 309492)
(E-Mail: howard_shneider@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-1456
Facsimile: (213) 894-0081

Attorneys for Defendant
CARLEISHA NEOSHA PLUMMER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLEISHA NEOSHA PLUMMER,<br><br>Defendant. | Case No. CR 22-205-JFW-2<br><br>**EX PARTE APPLICATION TO RELIEVE THE OFFICE OF THE FEDERAL PUBLIC DEFENDER AND APPOINT NEW COUNSEL** |

Carleisha Neosha Plummer, through her counsel, files this ex parte application seeking appointment of new counsel based on a conflict of interest. This application is based on the attached declaration of counsel, all files and records in this case, and such further information as may be provided to the Court.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: May 19, 2022          By  */s/ Howard Shneider*
                              Howard Shneider
                              Deputy Federal Public Defender

**DECLARATION OF HOWARD SHNEIDER**

I, Howard Shneider, declare as follows:

1. I am a Deputy Federal Public Defender in the Central District of California appointed to represent defendant Carleisha Neosha Plummer in this case.

2. Ms. Plummer is charged by indictment with conspiracy to commit wire fraud, bank fraud, and aggravated identity theft.

3. On May 18, 2022, Amy Karlin, Chief Deputy Federal Public Defender, determined that our office cannot represent Ms. Plummer due to a conflict of interest, based on information our office learned that day. Ms. Karlin instructed me to apprise the Court that there is a conflict of interest, to apply for relief from representation, and seek appointment of conflict-free counsel for Ms. Plummer.

4. Based on the foregoing, I respectfully request that the Court relieve the Office of the Federal Public Defender from representation of Ms. Plummer and appoint her counsel from the Criminal Justice Act Panel. Should the Court require more information, the defense will seek to produce such information in camera.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed May 19, 2022, Los Angeles, California.

By */s/ Howard Shneider*
Howard Shneider
Deputy Federal Public Defender