# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:22-CR-00205    Recorder: CS 05/17/2022    Date: 05/17/2022

Present: The Honorable Gail J. Standish, U.S. Magistrate Judge

Court Clerk: Holidae Crawford and Elisa Quintero    Assistant U.S. Attorney: Nisha Chandran by VTC

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| 2) CARLEISHA NEOSHA PLUMMER          CUSTODY-PRESENT BY VTC | 2) HOWARD SHNEIDER DFPD BY VTC | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and the Court does not question defendant as to true name.
Defendant is given a copy of the Indictment and acknowledges having been read or having received a copy of the Indictment and waives the reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge John F. Walter.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 7/12/2022 at 8:30 AM
Defendant and counsel are ordered to appear before said judge at the time and date indicated.

Counsel shall immediately email the clerk to obtain further instructions from the Court. Counsel should include in the email the defendant(s) name; case number; bond/custody status; where defendant is housed if in custody; interpreter needs; trial date.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 05
Initials of Deputy Clerk: EQ by TRB

cc: Statistics Clerk, PSALA USMLA